fIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

IN RE:                                      )
                                            )
CHARLES RAYMOND JOHNSON, JR.                )    Case No. 11-22891-13rdb
SUSAN JILL JOHNSON,                         )
                                            )
           Debtor.                      )
                                            )
CHARLES RAYMOND JOHNSON, JR.                )
SUSAN JILL JOHNSON,                         )
                                            )
           Plaintiffs,                  )
                                            )
vs.                                         )    Adversary Case. No.
                                            )
M&I BANK and/or                             )
GMAC MORTGAGE                               )
                                            )
           Defendant.                   )

**COMPLAINT FOR ORDER DECLARING THAT THE MORTGAGE
OF M&I BANK AND/OR GMAC MORTGAGE
IS NOT A LIEN ON THE DEBTORS' HOMESTEAD UPON DISCHARGE**

COME NOW Debtors by and through their attorney, Thomas M. Mullinix of Evans & Mullinix, P.A., and before this Court pursuant to §§1322, 1327, and 1328 of the Bankruptcy Code for the entry of an Order in this case to declare the second mortgage currently owned by M&I Bank and/or GMAC Mortgage is void and not a lien on Debtors' homestead upon discharge. In support of their complaint the Debtors state:

1.    The Debtors filed a Chapter 13 bankruptcy on September 20, 2011.

2.    The Debtors own real property described as follows:

*14239 W. 121st Terrace, Olathe, KS 66062; legally described as Lot 208, Heatherstone, 4th Plat, a subdivision in the City of Olathe, Johnson County, Kansas.*

3. That on March 20, 2006 Debtors entered into a mortgage with M&I Bank which was recorded against Debtors' homestead as a second mortgage (See Exhibit A).

4. That Debtors believe that GMAC Mortgage is a servicer for M&I Bank pursuant to the statements received (See Exhibit B).

5. That GMAC Mortgage is a corporation doing business in the State of Kansas.

6. That the above described property has a mortgage recorded against it with M&I Bank as the first with a balance due and owing of $225,960.69 and M&I Bank and/or GMAC Mortgage as the second with a balance due and owing of $48,370.59.

7. That pursuant to the Johnson County 2011 real estate appraisal, the real property values at $215,700.00 (See Exhibit C).

8. That Debtors had a recent appraisal completed on their real property, taking into consideration the location and current market, at $210,000.00 (See Exhibit D).

9. That the second mortgage of M&I Bank and/or GMAC Mortgage has no equity because M&I Bank's first mortgage balance of $225,960.69 exceeds the real property's value is $210,000.00.

10. That the second mortgage of M&I Bank and/or GMAC Mortgage is not entitled to a secured claim pursuant to 11 U.S.C. §506(a) as there is no equity in the property over and above the amount of the first mortgage debt.

11. That Debtors' Chapter 13 Plan strips off the second mortgage of M&I Bank and/or GMAC Mortgage's secured interest on the real property and treat the second mortgage of M&I Bank and/or GMAC Mortgage's claim as wholly unsecured.

12. The second mortgage claim of M&I Bank and/or GMAC Mortgage is subject to modification pursuant to 11 U.S.C. §1322(b)(2).

13. The second mortgage lien of M&I Bank and/or GMAC Mortgage should be avoided or limited to the value of its secured claim which secured claim value is $0 pursuant to 11 U.S.C. §1327(b) and (c).

14. Upon completion of Debtor's Plan, the real property and all other property vested back to Debtor, and the real property is subject to M&I Bank and/or GMAC Mortgage's second mortgage lien only to the extent of its secured claim which is now valued at $0.

WHEREFORE, the Debtors pray that the court enter an order declaring the second mortgage lien of M&I Bank and/or GMAC Mortgage recorded against the Debtors' real property known as 14239 W. 121st Street, Olathe, Kansas shall valued as a secured claim at $0 and be stripped upon discharge, and for such other and further relief as the court deems just and proper.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*s/ Thomas M. Mullinix*
Thomas M. Mullinix, KS #7309
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (FAX)
ATTORNEYS FOR DEBTORS